UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00295-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| JONATHAN SHANE STAMPER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for compassionate release. (Doc. No. 65). After reviewing the Motion, the Court **DIRECTS** the United States to file a response to the Motion within twenty-one (21) days of this Order. Defendant shall have twenty-one (21) days after service of the United States' response to file a final reply brief.

**IT IS SO ORDERED.**

Signed: March 6, 2024

Frank D. Whitney
United States District Judge